AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1:26-mj-00098 DJS |
| RAMIREZ-RAMIREZ, Jose Angel | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of May 1, 2026, in the county of Montgomery in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Jose Angel RAMIREZ-RAMIREZ, an alien, native and citizen of Guatemala, being an alien who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, entered and was thereafter found in the United States without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to his reapplication for admission to the United States. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature

Alexander Segura, U.S. Homeland Security Investigations
_____
Printed name and title

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: May 1, 2026

_____
Judge's signature

City and State:    Albany, New York

Hon.   , U.S. Magistrate Judge
_____
Printed name and title

1:26-mj-00098 DJS

*Continuation Sheet, United States v. Jose Angel **RAMIREZ-RAMIREZ***

On May 1, 2026, Immigration and Customs Enforcement-Enforcement and Removal Operations (ICE-ERO) Albany conducted a targeted enforcement operation at Jose Angel RAMIREZ-RAMIREZ residence, 27 Church Street, Canajoharie, NY. ICE-ERO officers stated that at approximately 06:45 hours, an ICE-ERO Deportation Officer (DO) observed RAMIREZ leaving the rear of the residence with another male. Both males entered a white Toyota. A vehicle stop was conducted in the area of 187 Clinton Road, Canajoharie, NY. DOs identified themselves to the driver and passenger in the Spanish language. RAMIREZ was seated in the driver's seat and was asked for his name. RAMIREZ provided his name in the Spanish language and provided an international driver's permit (#1027098383) bearing the name "NAZARIO-RAMIREZ, ALVARADO" with a date of birth of November 23, 1997. RAMIREZ freely admitted to being a citizen of Guatemala and entering the United States at an unknown place at an unknown time. Department of Homeland Security (DHS) database checks were conducted on scene and showed no record of RAMIREZ lawfully entering the United States. RAMIREZ was advised he was under arrest for illegally re-entering into the United States. RAMIREZ was placed in restraints and transported to the ICE-ERO Malta, NY sub-office for processing.

Upon arrival at the station, additional biographical information and fingerprints were entered into Department of Homeland Security databases for the individual. Record checks confirmed RAMIREZ is a citizen of Guatemala and has been previously deported from the United States to Guatemala, on two separate occasions. RAMIREZ was originally encountered by U.S. Border Patrol on November 5, 2013 and charged with violation of INA Section 212(a)(6)(A)(i), alien present without admission or parole. RAMIREZ was released on an order of recognizance on November 6, 2013. RAMIREZ was ordered removed by an immigration judge on November 29, 2017. RAMIREZ was re-encountered by U.S. Border Patrol in Malone, NY on February 15, 2019. RAMIREZ was then removed from the United States to Guatemala on March 14, 2019. U.S. Border Patrol again encountered RAMIREZ on February 5, 2020 near Marfa, TX and charged him with violation of INA section 212(a)(9)(A)(ii), alien previously removed once, not as an arriving alien. RAMIREZ was removed from the United States to Guatemala on March 5, 2020.

Records revealed RAMIREZ was arrested by Canajoharie Village Police on June 8, 2025 for DWI (1192 Sub 3), Act in a Manor to Injure child less than 17 (260.10 sub 1), and Aggravated DWI with a Child Passenger Less than 16 (1192 sub 2-AB). On September 23, 2025, RAMIREZ was convicted upon a plea of guilty for DWI (1192 Sub 3) and Endangering the Welfare of a Child, PL 260.10.